SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

Attorneys for Plaintiff
CLOAKWORKS, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

*RS*

CLOAKWORKS, INC.

    Plaintiff,

v.

CLOAKWARE, INC.,

    Defendant.

Case No. CV 08 2044

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed

2    persons, associations of persons, firms, partnerships, corporations (including parent

3    corporations) or other entities (i) have a financial interest in the subject matter in controversy

4    or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in

5    a party that could be substantially affected by the outcome of this proceeding:  David

6    Wallace, shareholder and officer of plaintiff Cloakworks, Inc.

7

8    Dated:  April 18, 2008                              Respectfully submitted,

9

10

11                                                    SPENCER HOSIE (CA Bar No. 101777)
                                                      shosie@hosielaw.com
12                                                    BRUCE WECKER (CA Bar No. 078530)
                                                      bwecker@hosielaw.com
13                                                    GEORGE F. BISHOP (CA Bar No. 89205)
                                                      gbishop@hosielaw.com
14                                                    HOSIE RICE LLP
                                                      One Market, 22nd Floor
15                                                    San Francisco, CA 94105
                                                      (415) 247-6000 Tel.
16                                                    (415) 247-6001 Fax
17
                                                      *Attorneys for Plaintiff*
18                                                    *CLOAKWORKS, INC.*
19

20

21

22

23

24

25

26

27

28

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

1