# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



CLOAKWORKS, INC.

v.

CLOAKWARE, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 08 2044 RS

TO: (Name and address of defendant)

CLOAKWARE, INC.
8320 Old Courthouse Road, #201
Vienna, VA 22812

c/o Corporation Service Company
11 South 12th Street
Richmond, VA 23218

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Spencer Hosie
Bruce Wecker
George Bishop
Hosie Rice LLP
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

HELEN L. ALMACEN

APR 1 8 2008
DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | |
| | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
               Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure