**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **CLOAKWORKS, INC.,** | **C 08-02044 RS** |
| Plaintiff(s), | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| vs. | |
| **CLOAKWARE, INC.,** | |
| Defendant(s). | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

The initial Case Management Conference previously set for **August 6, 2008 at 2:30 p.m.,** before Magistrate Judge Richard Seeborg will **not** be held. An initial Case Management Conference will need to be re-set before the newly assigned District Judge.

Dated: April 28, 2008                                  RICHARD W. WIEKING,
                                                                       Clerk of Court

                                                                       /s/
                                                                       By: Martha Parker Brown
                                                                             Deputy Clerk