# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

CLOAKWORKS, INC.

v.

CLOAKWARE, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 08 2044 RS

TO: (Name and address of defendant)

CLOAKWARE, INC.
8320 Old Courthouse Road, #201
Vienna, VA  22812

c/o Corporation Service Company
11 South 12th Street
Richmond, VA  23218

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Spencer Hosie
Bruce Wecker
George Bishop
Hosie Rice LLP
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

HELEN L. ALMACEN
(BY) DEPUTY CLERK

DATE  APR 1 8 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE April 21, 2008 @ 2:27 PM |
| Name of SERVER James E. Cogle | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: Rene Nordquist, Designated Agent, Corporation Service Company, Registered Agent, 11 South 12TH Street, Richmond, VA 23219. (See Attached Affidavit)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Copy sent to Clockware, Inc., 8320 Old Courthouse Road, #201, Vienna, VA 22812. (See Attached Copy of envelope postmarked April 22, 2008)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/23/2008
Date

Signature of Server: James E. Cogle

Address of Server: 3420 Pump Road #114, Richmond, VA 23233

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## CERTIFICATE
## OF
## CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at 11 South 12th Street, P.O. Box 1463, Richmond, Virginia, 23219.

   (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

   (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

| | | |
|---|---|---|
| Beverley L. Crump | Rene Nordquist | Meda Sterrett |
| Nicole T. McCallum | Gwenda Peters | Linda B. Liles |
| Kate Nordquist | Amy Tarker | Angela Gissendaner |
| Kari Childress | | |

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this 19th day of February 2008.

CORPORATION SERVICE COMPANY

BY: _____
George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 19th day of February 2008, by George A. Massih III.

_____
Notary Public

JANET B. WOZNICKI
NOTARY
TERM 4 YEARS
EXPIRES 2008

My Commission Expires: 8-5-08



Inc.
mp Road #114
d, VA 23233

Clockware, Inc.
8320 Old Courthouse Rd. #201
Vienna, VA 22812