MONTY AGARWAL (State Bar No. 191568)
ARNOLD & PORTER LLP
90 New Montgomery Street, Suite 600
San Francisco, CA 94105
Telephone: (415) 356-3000
Facsimile: (415) 356-3099
Email: monty.agarwal@aporter.com

Attorney for Defendant *Cloakware, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CLOAKWORKS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>CLOAKWARE, INC.<br><br>    Defendant. | Case No. 08-CV-02044-PJH<br><br>**NOTICE OF APPEARANCE OF MONTY AGARWAL**<br><br>Judge Phyllis J. Hamilton |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that attorney Monty Agarwal from the firm of Arnold & Porter LLP, member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as counsel on behalf of Defendant Cloakware, Inc.

May 7, 2008                                                     ARNOLD & PORTER LLP


By:   s/Monty Agarwal
      Monty Agarwal
      Attorney for Cloakware, Inc.

- 1 -

Case No. 08-CV-02044-PJH
NOTICE OF APPEARANCE OF MONTY AGARWAL