1  MONTY AGARWAL (State Bar No. 191568)
   ARNOLD & PORTER LLP
2  90 New Montgomery Street, Suite 600
   San Francisco, CA  94105
3  Telephone: (415) 356-3000
   Facsimile: (415) 356-3099
4  Email: monty.agarwal@aporter.com

5  Attorneys for Defendant *Cloakware, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CLOAKWORKS, INC. ) | Case No. 08-CV-02044-PJH |
| ) | |
| Plaintiff, ) | **STIPULATION EXTENDING TIME FOR** |
| ) | **DEFENDANT CLOAKWARE, INC. TO** |
| v. ) | **FILE ANSWER OR OTHER** |
| ) | **RESPONSIVE PLEADING** |
| CLOAKWARE, INC. ) | |
| ) | (Local Rule 6-1) |
| Defendant. ) | |
| ) | |
| ) | |
| _____ ) | |

Pursuant to Local Rule 6-1, Plaintiff Cloakworks Inc. and Defendant Cloakware Inc. ("Cloakware") hereby stipulate and agree that Cloakware shall have until June 11, 2008, by which to file an Answer or other responsive pleading or motion to the Complaint filed in this action. This extension is necessary so that Cloakware and its counsel can investigate the allegations set forth in the Complaint and determine what defenses are available to it. Cloakware expressly reserves its right to assert any defenses it may have, including ineffective service of process and lack of jurisdiction (both subject matter and personal), and does not waive any such defenses by entering into this Stipulation.

Respectfully submitted,

Dated:  May 7, 2008                                    ARNOLD & PORTER LLP

s/Monty Agarwal_____
Attorney for Defendant Cloakware, Inc.


Dated: May 7, 2008                                     HOSIE RICE LLP

s/George Bishop_____
Attorney for Plaintiff Cloakworks Inc.

- 1 -

Case No. 08-CV-02044-PJH
STIPULATION EXTENDING TIME FOR DEFENDANT CLOAKWARE, INC. TO FILE ANSWER OR OTHER RESPONSIVE PLEADING

**CERTIFICATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order 45X.B, I, Monty Agarwal, attest that the above signatory for Plaintiff Cloakworks, Inc. has concurred and consented to the filing of this document.

- 2 -

Case No. 08-CV-02044-PJH
STIPULATION EXTENDING TIME FOR DEFENDANT CLOAKWARE, INC. TO FILE ANSWER OR OTHER RESPONSIVE PLEADING