


Matthew N. Bathon
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Telephone: (202) 942-5000

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLOAKWORKS, INC. | CASE NO. 08-CV-02044-PJH |
| Plaintiff(s), | APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| CLOAKWARE, INC. | |
| Defendant(s). | |

Pursuant to Civil L.R. 11-3, Matthew N. Bathon, an active member in good standing of the bars of the State of Texas and the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Cloakware, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

1  Monty Agarwal (State Bar No. 191568)
   ARNOLD & PORTER LLP
2  90 New Montgomery Street
   Suite 600
3  San Francisco, CA 94105
   Telephone: (415) 356-3000

4

5  I declare under penalty of perjury that the foregoing is true and correct.

6  Dated: 07 MAY 2008            Matthew N Bathon

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLOAKWORKS, INC.

                Plaintiff(s),

v.

CLOAKWARE, INC.

                Defendant(s).
                                          /

CASE NO. 08-CV-02044-PJH

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Matthew N. Bathon, an active member in good standing of the bars of the State of Texas and the District of Columbia whose business address and telephone number is

ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, D.C., 20004
Telephone: (202) 942-5000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Cloakware, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District Judge

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611018979
Cashier ID: bucklem
Transaction Date: 05/08/2008
Payer Name: arnold and porter
-----------------------------------
PRO HAC VICE
  For: matthew n bathon
  Case/Party: D-CAN-3-08-AT-PROHAC-001
  Amount:         $210.00
-----------------------------------
CHECK
  Check/Money Order Num: 10132633
  Amt Tendered:   $210.00
-----------------------------------
Total Due:       $210.00
Total Tendered:  $210.00
Change Amt:        $0.00

c08-2044pjh

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```