1  Monty Agarwal (State Bar No. 191568)
   ARNOLD & PORTER LLP
2  90 New Montgomery Street
   Suite 600
3  San Francisco, CA 94105
   Telephone: (415) 356-3000
4  Facsimile: (415) 356-3099
   Email: monty.agarwal@aporter.com
5
   Attorneys for Defendant *Cloakware, Inc.*
6

7
8              **UNITED STATES DISTRICT COURT**
9             **NORTHERN DISTRICT OF CALIFORNIA**
10                **SAN FRANCISCO DIVISION**
11

| | |
|---|---|
| CLOAKWORKS, INC. | Case No. 08-CV-02044-PJH |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | Judge Phyllis J. Hamilton |
| CLOAKWARE, INC. | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of eighteen years, and I am not a party to the foregoing action. My business address is 90 New Montgomery Street, Suite 600, San Francisco, CA 94105.

I HEREBY CERTIFY that on this 8th day of May 2008, in Case No. 08-CV-02044-PJH, I caused a copy of the following documents to be served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L. R. 5-6:

1. Application for Admission of Attorney Pro Hac Vice, Ali Sharifahmadian
2. Application for Admission of Attorney Pro Hac Vice, Matthew Bathon
3. Proposed Order Granting Application for Admission of Attorney Pro Hac Vice, Ali Sharifahmadian
4. Proposed Order Granting Application for Admission of Attorney Pro Hac Vice, Matthew Bathon

A true and complete copy of the above named documents was served on counsel listed below by the indicated methods:

**VIA ELECTRONIC MAIL:**
Bruce J. Wecker
George F. Bishop
Spencer Hosie
Hosie Rice LLP
One Market, Spear Street Tower
22nd Floor
San Francisco, CA 94105
(415) 247-6000
Fax: (415) 247-6001
Email: bwecker@hosielaw.com
       gbishop@hosielaw.com
       shosie@hosielaw.com
Attorneys for Plaintiff *Cloakworks, Inc.*

I declare that I am a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct. Executed on May 8, 2008 at San Francisco, California.

By: _____
Kendra R. Thompson

- 1 -