UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLOAKWORKS, INC.

    Plaintiff(s),

v.

CLOAKWARE, INC.

    Defendant(s).

CASE NO. 08-CV-02044-PJH

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Ali R. Sharifahmadian, an active member in good standing of the bars of the State of Illinois and the District of Columbia whose business address and telephone number is

ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, D.C., 20004
Telephone: (202) 942-5000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Cloakware, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 9, 2008



IT IS SO ORDERED
Judge Phyllis J. Hamilton