1

2  MONTY AGARWAL (State Bar No. 191568)
   ARNOLD & PORTER LLP
3  90 New Montgomery Street, Suite 600
   San Francisco, California  94105
4  Telephone: (415) 356-3000
   Facsimile: (415) 356-3099
5  Email:  monty.agarwal@aporter.com

6  MARK D. SELWYN (State Bar No. 244180)
   ELIZABETH I. ROGERS (State Bar No. 226234)
7  WILMER CUTLER PICKERING
     HALE AND DORR LLP
8  1117 California Avenue
   Palo Alto, California  94304
9  Telephone: (650) 858-6000
   Facsimile: (650) 858-6100
10 Email: mark.selwyn@wilmerhale.com
   Email: elizabeth.rogers@wilmerhale.com
11

12 Attorneys for Defendant Cloakware Inc.

13

14                     **UNITED STATES DISTRICT COURT**

15                     **NORTHERN DISTRICT OF CALIFORNIA**

16                           **SAN FRANCISCO DIVISION**

17 CLOAKWORKS, INC.,                )    CASE NO. 08-CV-02044-PJH
                                    )
18              Plaintiff,          )
                                    )    **NOTICE OF APPEARANCE AND**
19        v.                        )    **CHANGE IN COUNSEL**
                                    )
20 CLOAKWARE, INC.,                 )
                                    )
21              Defendant.          )
                                    )
22                                  )

23

24

25

26

27

28

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Cloakware Inc. hereby substitutes new counsel of record in this action. In place of current counsel, Cloakware Inc. substitutes:

>Mark D. Selwyn (#244180, mark.selwyn@wilmerhale.com)
>Elizabeth I. Rogers (#226234, elizabeth.rogers@wilmerhale.com)
>WILMER CUTLER PICKERING HALE AND DORR LLP
>1117 California Avenue
>Palo Alto, CA  94304
>Telephone:  (650) 858-6000
>Facsimile:   (650) 858-6100

Please update your service list, and direct all future filings, discovery, and correspondence to the above attorneys.

The law firm of Arnold & Porter LLP no longer represents Cloakware Inc., and therefore the following counsel request to be removed from the docket of this case and from the service lists of Plaintiff's counsel:

>Ali R. Sharifahmadian
>Matthew N. Bathon
>ARNOLD & PORTER LLP
>555 Twelfth Street, NW
>Washington, DC  20004
>Telephone: (202) 942-5000
>Facsimile:  (202) 942-5999
>ali.sharifahmadian@aporter.com
>matthew.bathon@aporter.com
>
>Monty Agarwal
>ARNOLD & PORTER LLP
>90 New Montgomery Street, Suite 600
>San Francisco, California  94105
>Telephone:  (415) 356-3000
>Facsimile:   (415) 356-3099
>monty.agarwal@aporter.com

/ / / /

/ / / /

/ / / /

/ / / /

Respectfully submitted,

Dated:  June 9, 2008

WILMER CUTLER PICKERING HALE AND DORR LLP

By:   /s/ Mark D. Selwyn
      Mark D. Selwyn (#244180)

Attorneys for Defendant Cloakware Inc.

ARNOLD AND PORTER LLP

By:   /s/ Monty Agarwal
      Monty Agarwal (#191568)

# ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Mark D. Selwyn, attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of June, 2008, at Palo Alto, California.

  /s/ Mark D. Selwyn

1  MARK D. SELWYN (State Bar No. 244180)
   ELIZABETH I. ROGERS (State Bar No. 226234)
2  WILMER CUTLER PICKERING
     HALE AND DORR LLP
3  1117 California Avenue
   Palo Alto, California  94304
4  Telephone: (650) 858-6000
   Facsimile: (650) 858-6100
5  Email:  mark.selwyn@wilmerhale.com
   Email:  elizabeth.rogers@wilmerhale.com
6
7  Attorneys for Defendant Cloakware Inc.

8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **NORTHERN DISTRICT OF CALIFORNIA**
11
                    **SAN FRANCISCO DIVISION**
12

13 | CLOAKWORKS, INC.,           )    CASE NO. 08-CV-02044-PJH
                                )
14 |         Plaintiff,          )
                                )    **[PROPOSED] ORDER GRANTING**
15 |     v.                      )    **CHANGE IN COUNSEL**
                                )
16 | CLOAKWARE INC.,             )
                                )
17 |         Defendant.          )
                                )
18 |_____)

IT IS HEREBY ORDERED that, pursuant to Cloakware Inc.'s Notice of Appearance and Change in Counsel submitted on June 11, 2008, Cloakware Inc. shall be represented in this matter by:

> Mark D. Selwyn (#244180, mark.selwyn@wilmerhale.com)
> Elizabeth I. Rogers (#226234, elizabeth.rogers@wilmerhale.com)
> WILMER CUTLER PICKERING HALE AND DORR LLP
> 1117 California Avenue
> Palo Alto, CA  94304
> Telephone:  (650) 858-6000
> Facsimile:  (650) 858-6100

Cloakware Inc. shall no longer be represented by:

> Ali R. Sharifahmadian
> Matthew N. Bathon
> ARNOLD & PORTER LLP
> 555 Twelfth Street, NW
> Washington, DC  20004
> Telephone:  (202) 942-5000
> Facsimile:  (202) 942-5999
> ali.sharifahmadian@aporter.com
> matthew.bathon@aporter.com
>
> Monty Agarwal
> ARNOLD & PORTER LLP
> 90 New Montgomery Street, Suite 600
> San Francisco, California  94105
> Telephone:  (415) 356-3000
> Facsimile:  (415) 356-3099

**IT IS SO ORDERED**.

Dated: _____                    _____
                                           HONORABLE PHYLLIS J. HAMILTON
                                           UNITED STATES DISTRICT COURT JUDGE