MARK D. SELWYN (State Bar No. 244180)
ELIZABETH I. ROGERS (State Bar No. 226234)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1117 California Avenue
Palo Alto, California  94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Email:  mark.selwyn@wilmerhale.com
Email:  elizabeth.rogers@wilmerhale.com

Attorneys for Defendant Cloakware Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLOAKWORKS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CLOAKWARE, INC., ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CASE NO. 08-CV-02044-PJH <br><br> **CLOAKWARE INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16** |

    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporation (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.    1381239 Ontario Limited
2.    795233 Ontario Ltd.
3.    Adesky, Mark
4.    Aeron Inc.
5.    Albinson, Christopher J.

1   6.  Allen, Terri
2   7.  Arsenault, Jeff
3   8.  Arsenault, Renata
4   9.  Banfield, Jeff
5   10. Beck, David M.
6   11. Becker, Daniel
7   12. Berka, Cathy
8   13. Brink, Dennis
9   14. Buechner, Klaus M.
10  15. Burroughs, John
11  16. Byrnwood Management
12  17. Carr  & Company
13  18. Chen, Song
14  19. Cheng, Spencer
15  20. Cheung, Ming
16  21. Clicking Capital Corp.
17  22. Covington Venture Fund Inc.
18  23. Entrust, Inc.
19  24. Ernst, Ross
20  25. Fallah, Faramarz
21  26. Fallah, Fariborz
22  27. Fleck, David
23  28. Four Quarters Limited
24  29. Fuston, John
25  30. GCP IV Affiliates Fund, L.P.
26  31. Globespan Capital Partners (Cayman) IV, L.P.
27  32. Globespan Capital Partners IV GMBH & CO. KG
28  33. Globespan Capital Partners IV, L.P.

| | | |
|---|---|---|
| 1 | 34. | GMP Securities L.P. ITF William J. Banfield |
| 2 | 35. | Green, Jeff |
| 3 | 36. | Gu, Yuan |
| 4 | 37. | Guy, Danny |
| 5 | 38. | He, Yong Luo |
| 6 | 39. | Hellman, Glen |
| 7 | 40. | Hosein, Charlene |
| 8 | 41. | Hough, Ross |
| 9 | 42. | Hough, Shelley |
| 10 | 43. | Intel Capital (Cayman) Corporation |
| 11 | 44. | Ireland, Kirk |
| 12 | 45. | IXP Canada Holdings Ltd. |
| 13 | 46. | Jafco Globespan USIT IV, L.P. |
| 14 | 47. | Jakubowski, Thomas |
| 15 | 48. | James Preston Investment Corp. |
| 16 | 49. | Johnson, Harold |
| 17 | 50. | Kandanchatha, Arun |
| 18 | 51. | Kerr Trust |
| 19 | 52. | Litva, Paul F. |
| 20 | 53. | Liu, Yun |
| 21 | 54. | Lu, Chung Ling |
| 22 | 55. | Main Family Trust |
| 23 | 56. | Main, Alec |
| 24 | 57. | McDougall, Drew |
| 25 | 58. | MCN Holdings Inc. |
| 26 | 59. | Michel, Edith M. |
| 27 | 60. | MJM Netrade International Inc. |
| 28 | 61. | Nesbitt Burns Inc. |

| | |
|---|---|
| 1 | 62. O'Higgins, Brian |
| 2 | 63. Preston, James |
| 3 | 64. RBC Global Services |
| 4 | 65. RT Capital Management |
| 5 | 66. Salemi, Carol |
| 6 | 67. Suit, John |
| 7 | 68. TD Capital Group Limited |
| 8 | 69. The Fallah 1999 Family Trust |
| 9 | 70. Toronto Dominion (New York), LLC |
| 10 | 71. Van Ooorschot, Paul |
| 11 | 72. Wallach, Dan |
| 12 | 73. Weinstein, Deborah |
| 13 | 74. White, Brad |
| 14 | 75. Wilson, Gale (in trust) |
| 15 | 76. Wilson, Robert F. |
| 16 | 77. Yabsley, Cathi |
| 17 | 78. Yan, Mehing |
| 18 | 79. Yourcheck, Mark |

1  Dated: June 11, 2008                    WILMER CUTLER PICKERING HALE AND DORR LLP

3                                           By: _____/s/ Mark D. Selwyn_____
                                                  Mark D. Selwyn
4                                                 WILMER CUTLER PICKERING
                                                   HALE AND DORR LLP
5                                                 1117 California Avenue
                                                  Palo Alto, California  94304
6                                                 Telephone: (650) 858-6000
                                                  Facsimile: (650) 858-6100
7                                                 Mark.Selwyn@wilmerhale.com

8                                           Attorney for Defendant Cloakware Inc.