MARK D. SELWYN (State Bar No. 244180)
ELIZABETH I. ROGERS (State Bar No. 226234)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1117 California Avenue
Palo Alto, California  94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Email:  mark.selwyn@wilmerhale.com
Email:  elizabeth.rogers@wilmerhale.com

Attorneys for Defendant Cloakware Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CLOAKWORKS, INC., ) | CASE NO. 08-CV-02044-PJH |
| ) | |
| Plaintiff, ) | |
| ) | **DEFENDANT CLOAKWARE INC.'S** |
| v. ) | **RULE 7.1 CORPORATE DISCLOSURE** |
| ) | **STATEMENT** |
| CLOAKWARE INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

Defendant Cloakware Inc. makes this disclosure pursuant to Fed. R. Civ. P. 7.1.

Cloakware's parent corporation is Irdeto Holdings B.V. ("Irdeto"), a company formed under the

laws of the Netherlands, which owns 100% of the stock of Cloakware.  Irdeto's ultimate holding

company, Naspers Ltd., is a publicly held corporation traded on the Johannesburg and London

stock exchanges.

1

Dated:  June 11, 2008                    WILMER CUTLER PICKERING HALE AND DORR LLP

2

3

By: _____/s/ Mark D. Selwyn_____

4                                              Mark D. Selwyn
                                               WILMER CUTLER PICKERING
5                                               HALE AND DORR LLP
                                               1117 California Avenue
6                                              Palo Alto, California  94304
                                               Telephone: (650) 858-6000
7                                              Facsimile: (650) 858-6100
                                               mark.selwyn@wilmerhale.com
8
                                               Attorney for Defendant Cloakware Inc.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28