1  MARK D. SELWYN (State Bar No. 244180)
   ELIZABETH I. ROGERS (State Bar No. 226234)
2  WILMER CUTLER PICKERING
    HALE AND DORR LLP
3  1117 California Avenue
   Palo Alto, California  94304
4  Telephone: (650) 858-6000
   Facsimile: (650) 858-6100
5  Email:  mark.selwyn@wilmerhale.com
   Email:  elizabeth.rogers@wilmerhale.com
6
7  Attorneys for Defendant Cloakware Inc.

8

9
                        **UNITED STATES DISTRICT COURT**
10
                        **NORTHERN DISTRICT OF CALIFORNIA**
11
                             **SAN FRANCISCO DIVISION**
12

13  CLOAKWORKS, INC.,                    )    CASE NO. 08-CV-02044-PJH
                                         )
14              Plaintiff,               )
                                         )    **[PROPOSED] ORDER GRANTING**
15         v.                            )    **CHANGE IN COUNSEL**
                                         )
16  CLOAKWARE INC.,                      )
                                         )
17              Defendant.               )
                                         )
18  _____ )

19

20

21

22

23

24

25

26

27

28

                                                       [Proposed] Order Granting Change in Counsel
                                  1                    Case No. 08-CV-02044-PJH

IT IS HEREBY ORDERED that, pursuant to Cloakware Inc.'s Notice of Appearance and Change in Counsel submitted on June 11, 2008, Cloakware Inc. shall be represented in this matter by:

> Mark D. Selwyn (#244180, mark.selwyn@wilmerhale.com)
> Elizabeth I. Rogers (#226234, elizabeth.rogers@wilmerhale.com)
> WILMER CUTLER PICKERING HALE AND DORR LLP
> 1117 California Avenue
> Palo Alto, CA  94304
> Telephone:  (650) 858-6000
> Facsimile:   (650) 858-6100

Cloakware Inc. shall no longer be represented by:

> Ali R. Sharifahmadian
> Matthew N. Bathon
> ARNOLD & PORTER LLP
> 555 Twelfth Street, NW
> Washington, DC  20004
> Telephone:  (202) 942-5000
> Facsimile:   (202) 942-5999
> ali.sharifahmadian@aporter.com
> matthew.bathon@aporter.com

> Monty Agarwal
> ARNOLD & PORTER LLP
> 90 New Montgomery Street, Suite 600
> San Francisco, California  94105
> Telephone:  (415) 356-3000
> Facsimile:   (415) 356-3099

**IT IS SO ORDERED**.

Dated:  6/16/08

_____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]