SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

ROBERT J. YORIO (CA Bar No. 93178)
yorio@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiff
CLOAKWORKS, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CLOAKWORKS, INC.<br><br>Plaintiff,<br><br>v.<br><br>CLOAKWARE, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. CV 08-02044 PJH<br><br>**REPLY TO CLOAKWARE, INC.'S ANSWER AND ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT AND COUNTERCLAIM**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff and Counterdefendant, Cloakworks answers as follows to the Counter-Complaint of Defendant and Counter-claimant, Cloakware dated June 11, 2008 ("the Counterclaims").

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted except as Cloakware's denial, Cloakworks admits only that Cloakware has denied infringement and asserts invalidity and/or unenforceability.

8. Admitted.

### FIRST COUNTERCLAIM
(Declaration of Non-Infringement)

9. Cloakworks repeats its responses to paragraphs 1 through 8, inclusive, as though fully set forth herein by this reference.

10. Denied.

11. Denied.

### SECOND COUNTERCLAIM
(Declaration of Invalidity)

12. Cloakworks repeats its responses to paragraphs 1 through 11, inclusive, as though fully set forth herein by this reference.

13. Denied.

14. Denied.

**PRAYER**

WHEREFORE, Cloakworks prays for judgment that:

A.  Cloakware's Counter-Claim be dismissed in its entirety with prejudice;

B.  Cloakware is not entitled to the relief prayed for in its Counter-Claim, or any relief whatsoever;

C.  Cloakworks be awarded its costs and disbursements, including attorney fees; and

D.  Such other and further relief to Cloakworks as the Court may deem appropriate.

**DEMAND FOR JURY TRIAL**

In accordance with Fed.R.Civ.P. 38(b), Cloakworks demands a trial by jury on all issues so triable.

Dated:  July 1, 2008                                    Respectfully submitted,


   __/s/ Spencer Hosie_____
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

ROBERT J. YORIO (CA Bar No. 93178)
yorio@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA  94303
Telephone:  (650) 812-3400

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Facsimile: (650) 812-3444

*Attorneys for Plaintiff*
*CLOAKWORKS, INC.*

REPLY TO CLOAKWARE, INC.'S
ANSWER AND COUNTERCLAIM

3

CASE NO. CV 08-02044 PJH