```
 1  SPENCER HOSIE (CA Bar No. 101777)
    shosie@hosielaw.com
 2  BRUCE WECKER (CA Bar No. 078530)
    bwecker@hosielaw.com
 3  GEORGE F. BISHOP (CA Bar No. 89205)
    gbishop@hosielaw.com
 4  HOSIE RICE LLP
    One Market, 22nd Floor
 5  San Francisco, CA 94105
    (415) 247-6000 Tel.
 6  (415) 247-6001 Fax
 7
    ROBERT J. YORIO (CA Bar No. 93178)
 8  yorio@carrferrell.com
    CARR & FERRELL LLP
 9  2200 Geng Road
    Palo Alto, CA  94303
10  Telephone:  (650) 812-3400
    Facsimile:   (650) 812-3444
11
12  Attorneys for Plaintiff
    CLOAKWORKS, INC.
13
```

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CLOAKWORKS, INC. <br><br> Plaintiff, <br><br> v. <br><br> CLOAKWARE, INC., <br><br> Defendant. | Case No. CV 08-02044 PJH <br><br> **STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Cloakworks, Inc. ("Plaintiff") and Defendant Cloakware, Inc. ("Defendant") hereby stipulate through their respective counsel of record as follows:

1  WHEREAS, on or about April 18, 2008, Plaintiff filed its Complaint;

2  WHEREAS, on May 5, 2008, this case was reassigned to the Honorable Phyllis J.
3  Hamilton, and a Case Management Conference is scheduled to be held on August 7, 2008;

4  WHEREAS, Plaintiff's lead counsel is unavailable to attend the Case Management
5  Conference in this case on this date because he is scheduled for a trial in Alaska, to begin
6  August 1 and proceed for two weeks; said trial is a multi-party trial which is not likely to be
7  postponed; and Plaintiff's counsel believes it is in his client's best interest for him to attend the
8  Case Management Conference;

9  WHEREAS, no previous extensions of time has been granted in this case;

10  WHEREAS, no trial date has yet been set in this action; and

11  WHEREAS, the parties have conferred and mutually agreed that they are available for a
12  Case Management Conference on September 4, 2008 at 2:30pm;

13  NOW THEREFORE the parties through their undersigned counsel hereby stipulate and
14  request the Court to continue the Case Management Conference to occur September 4, 2008 at
15  2:30pm, or on a date as soon thereafter as is available with the Court, and that the other dates
16  scheduled in the Court's Order Setting Initial Case Management Conference and ADR
17  Deadlines are continued accordingly.

18
19
20
21
22
23
24
25
26
27
28

STIPULATED REQUEST TO RESCHEDULE CASE         2         Case No. CV-08-02044 PJH
MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER

**IT IS SO STIPULATED**

Dated:  July 23, 2008                                    WILMER CUTLER PICKERING HALE AND DORR

By: ___*/s/ Mark D. Selwyn*_____
       Mark D. Selwyn

*Attorneys for Defendant Cloakware, Inc.*

Dated:  July 23, 2008                                    HOSIE RICE LLP

By: ___*/s/George F. Bishop*_____
       George F. Bishop

*Attorneys for Plaintiff Cloakworks, Inc.*

   I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED:    July 23, 2008

_____*/s/George F. Bishop*_____
       George F. Bishop

STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER         3                    Case No. CV-08-02044 PJH

# ORDER

Pursuant to the stipulation of the parties, it is hereby ORDERED that the Case Management Conference is reset to September 4, 2008 at 2:30pm, and that the other dates scheduled in the Court's Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly.

**SO ORDERED**

July __, 2008     _____
                  Honorable Phyllis J. Hamilton
                  United States District Judge