SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

ROBERT J. YORIO (CA Bar No. 93178)
yorio@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA  94303
Telephone:  (650) 812-3400
Facsimile:   (650) 812-3444

Attorneys for Plaintiff
CLOAKWORKS, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CLOAKWORKS, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>CLOAKWARE, INC.,<br><br>　　　　Defendant. | Case No. CV 08-02044 PJH<br><br>**STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Cloakworks, Inc. ("Plaintiff") and Defendant Cloakware, Inc. ("Defendant") hereby stipulate through their respective counsel of record as follows:

1     WHEREAS, on or about April 18, 2008, Plaintiff filed its Complaint;

2     WHEREAS, on May 5, 2008, this case was reassigned to the Honorable Phyllis J.

3 Hamilton, and a Case Management Conference is scheduled to be held on August 7, 2008;

4     WHEREAS, Plaintiff's lead counsel is unavailable to attend the Case Management

5 Conference in this case on this date because he is scheduled for a trial in Alaska, to begin

6 August 1 and proceed for two weeks; said trial is a multi-party trial which is not likely to be

7 postponed; and Plaintiff's counsel believes it is in his client's best interest for him to attend the

8 Case Management Conference;

9     WHEREAS, no previous extensions of time has been granted in this case;

10    WHEREAS, no trial date has yet been set in this action; and

11    WHEREAS, the parties have conferred and mutually agreed that they are available for a

12 Case Management Conference on September 4, 2008 at 2:30pm;

13    NOW THEREFORE the parties through their undersigned counsel hereby stipulate and

14 request the Court to continue the Case Management Conference to occur September 4, 2008 at

15 2:30pm, or on a date as soon thereafter as is available with the Court, and that the other dates

16 scheduled in the Court's Order Setting Initial Case Management Conference and ADR

17 Deadlines are continued accordingly.

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST TO RESCHEDULE CASE           2           Case No. CV-08-02044 PJH
MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER

**IT IS SO STIPULATED**

Dated: July 23, 2008                                WILMER CUTLER PICKERING HALE AND DORR


By: ___*/s/ Mark D. Selwyn*_____
    Mark D. Selwyn

*Attorneys for Defendant Cloakware, Inc.*


Dated: July 23, 2008                                HOSIE RICE LLP


By: ___*/s/George F. Bishop*_____
    George F. Bishop

*Attorneys for Plaintiff Cloakworks, Inc.*


    I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED:    July 23, 2008

                        _____*/s/George F. Bishop*_____
                              George F. Bishop

**ORDER**

Pursuant to the stipulation of the parties, it is hereby ORDERED that the Case Management Conference is reset to September 4, 2008 at 2:30pm, and that the other dates scheduled in the Court's Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly.

**SO ORDERED**

July 29, 2008



Honorable
United States District Court Judge