UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** September 4, 2008                                **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-2044 PJH

**Case Name:** Cloakworks, Inc. v. Cloakware, Inc.

**Attorney(s) for Plaintiff:**     Spencer Hosie
**Attorney(s) for Defendant:**    Mark Selwyn

**Deputy Clerk**: Nichole Heuerman            **Court Reporter**: Not Reported

**PROCEEDINGS**

    Initial Case Management Conference-Held.  The court informs the parties that there may be a conflict of interest.  Defense counsel to submit a statement to the court regarding Intel Capital Caymen's financial relationship to Intel Corporation and what interests Intel Corporation may have with this case along with any other information that may be helpful to the court to determine if a conflict exists.  Plaintiff counsel shall file a letter after the findings of defense counsel if he concurs or not.  If the court decides that no recusal in necessary a further case management conference will be set.

**Order to be prepared by:**   [] Pl [] Def  []  Court

**Notes:**

**cc:** file