SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

ROBERT J. YORIO (CA Bar No. 93178)
yorio@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA  94303
Telephone:  (650) 812-3400
Facsimile:  (650) 812-3444

Attorneys for Plaintiff
CLOAKWORKS, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CLOAKWORKS, INC.<br><br>          Plaintiff,<br><br>v.<br><br>CLOAKWARE, INC.,<br><br>          Defendant. | Case No. CV 08-02044 WHA<br><br>**STIPULATED MOTION FOR LEAVE TO SERVE AMENDED DISCLOSURES UNDER  PATENT LOCAL RULES 3-1 AND 3-2 AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rule 7-12 and Patent Local Rule 3-6, Plaintiff Cloakworks, Inc. ("Plaintiff") and Defendant Cloakware, Inc.  ("Defendant") hereby stipulate through their respective counsel of record as follows:

1 WHEREAS, on September 18, 2008, plaintiff Cloakworks served its Patent Local Rules
2 3-1 and 3-2 Disclosure ("Disclosure");
3 WHEREAS, on October 1, 2008, defendant Cloakware objected to the adequacy of this
4 Disclosure and requested that Cloakworks supplement its Disclosure in certain specified ways;
5 and
6 WHEREAS, Cloakworks denies the validity of Cloakware's objections, but has agreed
7 to serve an amended disclosure;
8 WHEREAS, the parties agreed that Cloakworks would provide its amended disclosure
9 no later than October 17, 2008 and that the parties would also file a stipulated motion for leave
10 to serve amended disclosures by that date; and
11 WHEREAS, the parties agreed that Cloakware would begin production of Patent Local
12 Rule 3-4(a) documents on November 8, 2008, would serve Invalidity Contentions pursuant to
13 Patent Local Rule 3-3 on December 1, 2008, and would complete Document Production
14 Accompanying Invalidity Contentions Pursuant to Patent Local Rule 3-4 on December 1, 2008;
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   NOW THEREFORE the parties through their undersigned counsel hereby stipulate and
2 request the Court to grant leave to serve the attached First Amended Disclosures Pursuant to
3 Patent Local Rules 3-1 and 3-2.

4 **IT IS SO STIPULATED**

5

6 Dated: October 16, 2008                    WILMER CUTLER PICKERING HALE AND DORR

8                                            By: ___*/s/ Mark D. Selwyn*_____
                                                  Mark D. Selwyn

10                                           *Attorneys for Defendant Cloakware, Inc.*

11
12 Dated: October 16, 2008                   HOSIE RICE LLP

14                                           By: ___*/s/George F. Bishop*_____
                                                  George F. Bishop

15                                           *Attorneys for Plaintiff Cloakworks, Inc.*

17   I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic
18 filing of this document has been obtained from the other signatories.
19 DATED: October 16, 2008

20                                           _____*/s/George F. Bishop*_____
                                                  George F. Bishop

**ORDER**

Pursuant to the stipulation of the parties, it is hereby ORDERED that plaintiff is granted leave to serve the Amended Disclosures Pursuant to Patent Local Rules 3-1 and 3-2 attached hereto.

**PURSUANT TO STIPULATION IT IS SO ORDERED**

October 20, 2008



_____
Honorable William Alsup
United States District Judge