SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

ROBERT J. YORIO (CA Bar No. 93178)
yorio@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiff
CLOAKWORKS, INC.

MARK D. SELWYN (State Bar No. 244180)
ELIZABETH ROGERS BRANNEN (State Bar No. 226234)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1117 California Avenue
Palo Alto, CA 94304
Tel. (650) 858-6000
Fax (650) 858-6100
Email: mark.selwyn@wilmerhale.com
Email: elizabeth.brannen@wilmerhale.com

Attorneys for Defendant and Counterclaim-Plaintiff CLOAKWARE INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CLOAKWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLOAKWARE, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. CV 08-02044 WHA <br><br> **CORRECTED** ~~PROPOSED~~ **ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION** |

The Court's October 16, 2008 Case Management Scheduling Order scheduled a tutorial for the Court (to be conducted by counsel only, not experts) for April 1, 2009 at 1:30 pm, set the claim construction hearing for April 15, 2009 at 1:30 pm, and instructed the parties to meet and confer and propose a briefing schedule leading up to the hearing. Pursuant to that Order, the parties hereby propose the following claim construction schedule:

| PARTY | DEADLINE DESCRIPTION | PARTIES' JOINT PROPOSAL |
| --- | --- | --- |
| All | Exchange of Proposed Terms for Construction pursuant to Patent L.R. 4-1(a) | December 12, 2008 |
| All | Exchange of Preliminary Claim Constructions pursuant to Patent L.R. 4-2(a) | January 12, 2009 |
| All | Exchange of Extrinsic Evidence and Witness Summaries pursuant to Patent L.R. 4-2(b) | January 12, 2009 |
| All | Joint Claim Construction and Pre-hearing Statement pursuant to Patent L.R. 4-3 | February 2, 2009 |
| All | Deadline to Complete Claim Construction Discovery pursuant to Patent L.R. 4-4 | February 20, 2009 |
| Cloakworks | Opening Claim Construction Brief pursuant to Patent L.R. 4-5 (a) | March 4, 2009 |
| Cloakware | Responsive Claim Construction Brief pursuant to Patent L.R. 4-5(b) | March 18, 2009 |
| Cloakworks | Reply Claim Construction Brief pursuant to Patent L.R. 4-5(c) | March 25, 2009 |
| All | Tutorial for the Court (to be conducted by counsel only, not experts) | April 1, 2009 at 1:30 pm |

| PARTY | DEADLINE DESCRIPTION | PARTIES' JOINT PROPOSAL |
|---|---|---|
| All | Claim Construction Hearing | April 15, 2009 at 1:30 pm |

IT IS SO ORDERED

Dated: __October 30, 2008.___       _____
                                    THE HONORABLE WILLIAM H. ALSUP
                                    UNITED STATES DISTRICT JUDGE

Respectfully submitted and approved as to form,

_/s/ Spencer Hosie_____        _/s/ Elizabeth Rogers Brannen_____
SPENCER HOSIE (CA Bar No. 101777)

shosie@hosielaw.com                         Mark D. Selwyn (CA Bar No. 224180)
BRUCE WECKER (CA Bar No. 078530)            mark.selwyn@wilmerhale.com
bwecker@hosielaw.com                        Elizabeth Rogers Brannen (CA Bar No. 226234)
GEORGE F. BISHOP (CA Bar No. 89205)         elizabeth.brannen@wilmerhale.com
gbishop@hosielaw.com                        WILMER CUTLER PICKERING
HOSIE RICE LLP                              HALE AND DORR LLP
One Market, 22nd Floor                      1117 California Ave.
San Francisco, CA 94105                     Palo Alto, CA 94304
(415) 247-6000 Tel.                         Tel. (650) 858-6000
(415) 247-6001 Fax                          Fax. (650) 858-6100

ROBERT J. YORIO (CA Bar No. 93178)          *Attorneys for Defendant*
yorio@carrferrell.com                       *CLOAKWARE INC.*
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA 94303
(650) 812-3400 Tel.
(650) 812-3444 Fax

*Attorneys for Plaintiff*
*CLOAKWORKS, INC.*

1  I hereby attest that concurrence in the filing of this document has been obtained for all
2  signatures indicated by a "conformed" signature (/s/) within this e-filed document.

3  Date: October 30, 2008    /s/ Elizabeth Rogers Brannen
                              *Attorneys for Defendant*
4                             CLOAKWARE INC.