SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

ROBERT J. YORIO (CA Bar No. 93178)
yorio@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA  94303
Telephone:  (650) 812-3400
Facsimile:   (650) 812-3444

Attorneys for Plaintiff
CLOAKWORKS, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CLOAKWORKS, INC.<br><br>            Plaintiff,<br><br>v.<br><br>CLOAKWARE, INC.,<br><br>            Defendant. | Case No. CV 08-02044 WHA<br><br>**STIPULATED MOTION FOR LEAVE TO FILE (1) PLAINTIFF'S AMENDED COMPLAINT AND (2) DEFENDANT'S AMENDED ANSWER, AND [PROPOSED] ORDER** |

STIPULATED MOTION FOR (1) LEAVE TO FILE                                      Case No. CV-08-02044 WHA
AMENDED COMPLAINT AND (2) LEAVE TO FILE
AMENDED ANSWER AND [PROPOSED] ORDER

1   Pursuant to Rules 15 of the Federal Rules of Civil Procedure and Civil Local Rule 7-12,
2   Plaintiff Cloakworks, Inc. ("Plaintiff") and Defendant Cloakware Inc. ("Defendant") hereby
3   stipulate through their respective counsel of record as follows:
4   WHEREAS, under the Case Management Conference Order entered on October 16,
5   2008, "[l]eave to add any new parties or pleading amendment must be sought by October 30,
6   2008";
7   WHEREAS, Plaintiff seeks leave to amend its complaint solely to add a party defendant;
8   WHEREAS, Defendant seeks leave to amend its answer solely to add an affirmative
9   defense;
10   NOW THEREFORE the parties through their undersigned counsel hereby stipulate and
11   request that:
12   (1) The Court grant leave to plaintiff to file its First Amended Complaint, a copy
13   of which is attached hereto as Exhibit A; and
14   (2) The Court grant leave to defendant to file its First Amended Answer, a copy
15   of which is attached hereto as Exhibit B.

16   **IT IS SO STIPULATED**

18   Dated: October 30, 2008         WILMER CUTLER PICKERING HALE AND DORR

20                                   By: __*/s/ Mark D. Selwyn*_____
                                         Mark D. Selwyn

22                                   *Attorneys for Defendant Cloakware, Inc.*

23   Dated: October 30, 2008         HOSIE RICE LLP

26                                   By: __*/s/George F. Bishop*_____
                                         George F. Bishop

28                                   *Attorneys for Plaintiff Cloakworks, Inc.*

STIPULATED MOTION FOR (1) LEAVE TO FILE                 1                    Case No. CV-08-02044 WHA
AMENDED COMPLAINT AND (2) LEAVE TO FILE
AMENDED ANSWER AND [PROPOSED] ORDER

1
2    I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic
3    filing of this document has been obtained from the other signatories.
4    DATED:  October 30, 2008

5                                                                */s/George F. Bishop*
                                                                    George F. Bishop
6

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, it is hereby ORDERED that (1) plaintiff is granted leave to file its First Amended Complaint; and (2) defendant is granted leave to file its First Amended Answer, and the First Amended Complaint and First Amended Answer attached as Exhibits A and B, respectively, to the parties' stipulation are hereby deemed filed as of October 30, 2008.

**PURSUANT TO STIPULATION IT IS SO ORDERED**

October 30
~~November~~, 2008

_____
Honorable William Alsup
United States District Judge



STIPULATED MOTION FOR (1) LEAVE TO FILE AMENDED COMPLAINT AND (2) LEAVE TO FILE AMENDED ANSWER AND [PROPOSED] ORDER    3    Case No. CV-08-02044 WHA