IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLOAKWORKS, INC.,

    Plaintiff,

v.

CLOAKWARE, INC.,

    Defendant.
    /

AND RELATED COUNTERCLAIMS.
    /

No. C 08-02044 WHA

**ORDER RE SEALING OF AMENDED COMPLAINT**

The party requesting that the amended complaint be filed under seal must show good cause by **NOVEMBER 3, 2008**, **AT NOON** to support its request.

**IT IS SO ORDERED.**

Dated: October 30, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE