1    SPENCER HOSIE (CA Bar No. 101777)
     shosie@hosielaw.com
2    BRUCE WECKER (CA Bar No. 078530)
     bwecker@hosielaw.com
3    GEORGE F. BISHOP (CA Bar No. 89205)
     gbishop@hosielaw.com
4    HOSIE RICE LLP
     One Market, 22nd Floor
5    San Francisco, CA 94105
     (415) 247-6000 Tel.
6    (415) 247-6001 Fax

7    Attorneys for Plaintiff CLOAKWORKS, INC.

8    MARK D. SELWYN (CA Bar No. 244180)
     ELIZABETH ROGERS BRANNEN (CA Bar No. 226234)
9    JESSICA L. SCHEPPMANN (CA Bar No. 239526)
     WILMER CUTLER PICKERING
10     HALE AND DORR LLP
     1117 California Avenue
11   Palo Alto, California  94304
     Telephone: (650) 858-6000
12   Facsimile: (650) 858-6100
     Email:  mark.selwyn@wilmerhale.com
13   Email:  elizabeth.brannen@wilmerhale.com

14   Attorneys for Defendant CLOAKWARE INC.

15                UNITED STATES DISTRICT COURT

16        FOR THE NORTHERN DISTRICT OF CALIFORNIA

                    SAN FRANCISCO DIVISION
17

18   CLOAKWORKS, INC.,

19                                          Case No. CV 08-02044 WHA
               Plaintiff,
20                                          **STIPULATION AND [PROPOSED]
     v.                                     ORDER CONTINUING DEADLINE TO
21                                          SERVE INVALIDITY CONTENTIONS
                                            AND TO COMPLETE PATENT L.R. 3-4
22   CLOAKWARE, INC. and MICROSOFT          PRODUCTION BY ONE WEEK**
     CORPORATION,
23
               Defendants.
24

25

26

27

28
     STIPULATION AND [PROPOSED] ORDER CONTINUING        1        Case No. CV-08-02044 WHA
     DEADLINE TO SERVE INVALIDITY CONTENTIONS AND
     TO COMPLETE PATENT L.R. 3-4 PRODUCTION

     US1DOCS 6900166v1

1   Plaintiff Cloakworks, Inc. ("Cloakworks" or "Plaintiff") and Defendant Cloakware Inc.

2   ("Cloakware" or "Defendant") hereby stipulate through their respective counsel of record as

3   follows:

4   WHEREAS, on October 9, 2008, the parties submitted a Joint Case Management

5   Statement and [Proposed] Order [Document No. 41] in which they agreed that Cloakware's

6   Invalidity Contentions pursuant to Patent L.R. 3-3 would be due on December 1, 2008, and that

7   Cloakware would complete its accompanying document production pursuant to Patent L.R. 3-4

8   by December 1, 2008;

9   WHEREAS, the parties are engaged in intensive, good faith settlement negotiations that

10   may resolve the litigation within the next week;

11   WHEREAS, the parties mutually desire to focus their efforts on settlement negotiations

12   in the next week, rather than requiring Cloakware to incur the additional litigation costs that

13   would result from finalizing its Invalidity Contentions and accompanying document production

14   by December 1, 2008;

15   WHEREAS, the Thanksgiving holiday is this week, and the travel schedules of the

16   attorneys is an additional basis on which the parties jointly seek a brief extension of the

17   deadlines for Cloakware to serve its Invalidity Contentions pursuant to Patent L.R. 3-3 and to

18   complete its accompanying document production pursuant to Patent L.R. 3-4;

19   WHEREAS, in light of the foregoing factors, the parties jointly request that the Court

20   allow a brief, one week extension to December 8, 2008 of the deadlines for Cloakware to serve

21   its Invalidity Contentions pursuant to Patent L.R. 3-3 and to its accompanying document

22   production pursuant to Patent L.R. 3-4;

23   WHEREAS, the requested one-week extension will not affect any of the other deadlines

24   in this case, including those deadlines set by the Court's October 16, 2008 Case Management

25   Order [Document No. 43] or the deadlines set by the Order Re Schedule for Claim Construction

26   [Document No. 52]; and

27

28   STIPULATION AND [PROPOSED] ORDER CONTINUING          2          Case No. CV-08-02044 WHA
     DEADLINE TO SERVE INVALIDITY CONTENTIONS AND
     TO COMPLETE PATENT L.R. 3-4 PRODUCTION

1      WHEREAS, the parties have also agreed to mutual one-week extensions of time in

2  which to respond to outstanding written discovery, such that the deadline for Cloakworks to

3  respond to Cloakware's Second Set of Interrogatories is extended to December 3, 2008, and the

4  deadline for Cloakware to respond to Cloakworks' First Set of Interrogatories is extended to

5  December 15, 2008;

6      NOW THEREFORE, the parties, through their undersigned counsel, hereby stipulate

7  and jointly respectfully request that the Court enter the accompanying [Proposed] Order

8  extending by one week to December 8, 2008 the deadlines for Cloakware to serve its Invalidity

9  Contentions pursuant to Patent L.R. 3-3 and to complete its accompanying document production

10  pursuant to Patent L.R. 3-4.

11      **IT IS SO STIPULATED**

12

13  Dated:  November 24, 2008             WILMER CUTLER PICKERING HALE
                                      AND DORR LLP

14
                                      By: ____*/s/ Elizabeth Rogers Brannen*_____

15                                              Elizabeth Rogers Brannen

16                                      Attorneys for Defendant Cloakware, Inc.

17

18  Dated:  November 24, 2008             HOSIE RICE LLP

19
                                      By: ___*/s/ George F. Bishop*_____

20                                            George F. Bishop

21                                      *Attorneys for Plaintiff Cloakworks, Inc.*

22

23

24

25

26

27

28  STIPULATION AND [PROPOSED] ORDER CONTINUING     3              Case No. CV-08-02044 WHA
    DEADLINE TO SERVE INVALIDITY CONTENTIONS AND
    TO COMPLETE PATENT L.R. 3-4 PRODUCTION

US1DOCS 6900166v1

1         I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic

2    filing of this document has been obtained from the other signatories.

3    DATED:  November 24, 2008

4

5                             By:  ___*/s/ Elizabeth Rogers Brannen*_____

6                                    Elizabeth Rogers Brannen

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    STIPULATION AND [PROPOSED] ORDER CONTINUING     4                 Case No. CV-08-02044 WHA
      DEADLINE TO SERVE INVALIDITY CONTENTIONS AND
      TO COMPLETE PATENT L.R. 3-4 PRODUCTION