IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLOAKWORKS, INC,<br><br>    Plaintiff,<br><br>  v.<br><br>CLOAKWARE, INC,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS. | No. C 08-02044 WHA<br><br>**ORDER CONTINUING DEADLINE TO SERVE INVALIDITY CONTENTIONS AND TO COMPLETE PATENT L.R. 3-4 PRODUCTION BY ONE WEEK** |

Pursuant to the stipulation of the parties, it is hereby **ORDERED** that the deadlines for Cloakware to serve its Invalidity Contentions pursuant to Patent L.R. 3-3 and to complete its accompanying document production pursuant to Patent L.R. 3-4 are hereby extended by one week to December 8, 2008.

**IT IS SO ORDERED.**

Dated: November 26, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE