1  SPENCER HOSIE (CA Bar No. 101777)
   shosie@hosielaw.com
2  BRUCE WECKER (CA Bar No. 078530)
   bwecker@hosielaw.com
3  GEORGE F. BISHOP (CA Bar No. 89205)
   gbishop@hosielaw.com
4  HOSIE RICE LLP
   One Market, 22nd Floor
5  San Francisco, CA 94105
   (415) 247-6000 Tel.
6  (415) 247-6001 Fax

7  Attorneys for Plaintiff CLOAKWORKS, INC.

8

   MARK D. SELWYN (CA Bar No. 244180)
9  ELIZABETH ROGERS BRANNEN (CA Bar No. 226234)
   JESSICA L. SCHEPPMANN (CA Bar No. 239526)
10 WILMER CUTLER PICKERING
     HALE AND DORR LLP
11 1117 California Avenue
   Palo Alto, California 94304
12 Telephone: (650) 858-6000
   Facsimile: (650) 858-6100
13 Email: mark.selwyn@wilmerhale.com
   Email: elizabeth.brannen@wilmerhale.com
14
   Attorneys for Defendant CLOAKWARE INC.
15
                    UNITED STATES DISTRICT COURT
16
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
17
                         SAN FRANCISCO DIVISION
18

CLOAKWORKS, INC.,

Plaintiff,

v.

CLOAKWARE, INC. and MICROSOFT CORPORATION,

Defendants.

Case No. CV 08-02044 WHA

**STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AND [PROPOSED] ORDER**

1   Plaintiff and Counterclaim-Defendant Cloakworks, Inc. ("Cloakworks" or "Plaintiff")
2   and Defendant and Counterclaim-Plaintiff Cloakware Inc. ("Cloakware" or "Defendant")
3   hereby stipulate through their respective counsel of record as follows:

4   WHEREAS, on April 18, 2008, Cloakworks filed its Original Complaint and Demand
5   for Jury Trial [Document No. 1] against Cloakware, alleging infringement of U.S. Patent No.
6   6,192,475 (" '475 Patent");

7   WHEREAS, on October 30, 2008, Cloakworks filed its First Amended Complaint and
8   Demand for Jury Trial against Cloakware and Microsoft Corporation ("Microsoft") [Document
9   No. 50-2];

10  WHEREAS, Cloakware has answered the Original and First Amended Complaints, and
11  has asserted counterclaims against Cloakworks seeking declarations of non-infringement and
12  invalidity of the '475 Patent [Documents Nos. 19, 50-3, and 66]; and

13  WHEREAS, Microsoft has not yet answered the First Amended Complaint or otherwise
14  appeared in this action;

15  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between
16  Cloakworks and Cloakware (the sole defendant having appeared in this action), through their
17  respective counsel of record, that the entire action (including all claims against Microsoft) is
18  dismissed *with prejudice* pursuant to Federal Rule of Civil Procedure 41.  Each party shall bear
19  its own costs and fees.

20  **IT IS SO STIPULATED.**

Dated: December 8, 2008

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ Mark D. Selwyn
Mark D. Selwyn

Attorneys for Defendant Cloakware, Inc.

Dated: December 8, 2008

HOSIE RICE LLP

By: /s/ George F. Bishop
George F. Bishop

*Attorneys for Plaintiff Cloakworks, Inc.*

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED: December 8, 2008

By: /s/ Mark D. Selwyn
Mark D. Selwyn

# [PROPOSED] ORDER

Pursuant to Federal Rule of Civil Procedure 41 and the stipulation of the parties having appeared in this action, it is hereby ORDERED that the entire action (including all claims against Microsoft) is dismissed *with prejudice.* Each party shall bear its own costs and fees.

**PURSUANT TO STIPULATION IT IS SO ORDERED**

December 9, 2008



_____
Honorable William H. Alsup
United States District Judge